# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157667 & (47)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant/
        Cross-Appellee,

v

                                       SC: 157667
                                       COA: 336550
                                       Kent CC: 93-064278-FC

GREGORY WINES,
        Defendant-Appellee/
        Cross-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 8, 2018 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered and, it appearing to this Court that the case of *People v Turner* (Docket No. 158068) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present applications for leave to appeal, we ORDER that the applications be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2019



                               Clerk

t0329